```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

| | | |
|---|---|---|
| CLARENCE MCNAIR, | ) | 3:16-cv-00487-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | September 14, 2017 |
| LEONEY BERG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion Requesting a Scheduling Order (ECF No. 17).

Defendant Leoney Berg has yet to answer or otherwise respond to Plaintiff's civil rights complaint (ECF No. 6). In the court's order of August 16, 2017 (ECF No. 15), Defendant was given until October 16, 2017, to file an answer or otherwise respond to Plaintiff's complaint. The Court will not enter a Scheduling Order at this time as Plaintiff's request is premature. LR 16-1(b).

Plaintiff's Motion Requesting a Scheduling Order (ECF No. 17) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
          Deputy Clerk