ADAM PAUL LAXALT
  Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendant*
*Leoney Berg.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARENCE MCNAIR,<br><br>      Plaintiff,<br><br>vs.<br><br>LEONEY BERG,<br><br>      Defendant. | Case No. 3:16-cv-00487-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Defendant Leoney Berg, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, and Plaintiff Clarence McNair in *pro se* hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

///
///
///
///
///
///
///
///
///

1

| | |
|---|---|
| DATED this 6th day of August, 2018.<br><br>By: *Clarence McNair*<br>Clarence McNair (#1059617)<br>Plaintiff, *Pro Se* | DATED this 7th day of August, 2018.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: *[signature] for*<br>Heather B. Zana, SBN 8734<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>hzana@ag.nv.gov<br>Attorneys for Defendants |

IT IS SO ORDERED   Dismssed with prejudice..

_____
**U.S. DISTRICT JUDGE**

DATED August 13, 2018

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 13th day of August, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Clarence McNair, #1059617
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_/s/ Laura Penny_
An employee of the
Office of the Attorney General